# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130365

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NOLAN HALL,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130365
COA: 253627
Calhoun CC: 2003-002425-FC

      On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

                    Clerk

p0619